IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 8:18-CV-453 |
| vs. | |
| JAMES WIDTFELDT, | ORDER |
| Defendant. | |

This matter is before the Court on the Court's own motion pursuant to 28 U.S.C. §§ 455(a) & (b), which set forth the circumstances in which a judge of the United States shall disqualify himself from a proceeding. This case could implicate the circumstances described in § 455(a), requiring my recusal.

IT IS ORDERED that I recuse myself from this case and that the Clerk shall refer this matter to the Chief Judge for reassignment.

Dated this 26th day of September, 2018.

BY THE COURT:

_____
John M. Gerrard
United States District Judge