IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 8:18CV453 |
| v. | |
| JAMES WIDTFELDT, | MEMORANDUM AND ORDER |
| Defendant. | |

This matter is before the Court on receipt of an "Answer and Counterclaim that the US Democrat Party is Unlawful and Dissolved and is the Source of Wrongful Kelly-Shoemaker Complaint" with attached "Notice of Appeal and Appeal Fee of $505" which is a duplicate of Filing No. 8, along with a check for $505 received from Defendant James Widtfeldt ("Widtfeldt").

For the reasons stated in the Court's Memorandum and Order of October 29, 2018 (Filing No. 9), Widtfeldt's duplicate document and accompanying $505 appeal fee should be returned to Witdfeldt. The Clerk's Office is directed to return James Widtfeldt's duplicate document and check, number 4817, dated October 26, 2018, to him at his last known address.

IT IS SO ORDERED.

Dated this 30th day of October 2018.

BY THE COURT:

Robert F. Rossiter, Jr.
United States District Judge