1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA

PLAINTIFF,

V.                                                    )          RESISTANCE TO

JAMES WIDTFELDT,                                      )          US MOTION SM JMT

DEFENDANT                                             )          OF JUNE 7, 2019

CASE NO 8:18 CV0453
RFR SMB

COMES NOW JAMES WIDTFELDT AND SHOWS THAT THE JOSEPH P KELLY
AND MARTIN M SHOEMAKER CLAIMS OF THEIR MOTION FOR SUMMARY
FILED  AND CERTIFIED MAILED JUNE 7, 2019 IS AND ARE FALSE,
MALICIOUS, AND CONCLUSIVE GROUNDS FOR REMOVAL OF THE 88,000
IRS AGENTS INCLUDING POLSKY, KELLY AND SHOEMAKER, APPOINTED
BY THE CLINTON AND OBAMA ADMINISTRATIONS TO HARASS
REPUBLICAN PARTY MEMBERS AND INFLATE LAND VALUATIONS
UNREASONABLY..

JAMES WIDTFELDT BOUGHT OUT PARENTS DURING MASSIVE LYME
EPIDEMIC CONTINUING TO DATE AND PARTIALLY RESOLVED

James Widtfeldt began buying out his parents in 1973 following a disabling heart
attack suffered by Albert Widtfeldt on or about February 8, 1973 which caused
family doctor Dr George John Carstens to advise Albert to put his affairs in order as
Albert had only a short time to live,  and James had completed the purchase in 1994
according to Widtfeldt records.  Many of the items purchased were never owned by
Albert and Gusteva Widtfeldt but were direct purchases by James Widtfeldt with
loans from Albert and Gusteva Widtfeldt so that claims by the IRS of inheritance
were inaccurate.

The computations by Joseph Kelly and Martin Shoemaker are incorrect.

WELP COMPUTATIONS IN 2002 USED TO DETERMINE TAXES

Arthur Welp, the Administrative Appeals Judge of the US government, adopted
James Widtfeldt figures in 2002 (after inflating purchase price by ten years to cover
time spent on the IRS audit) after a full review to the top of the US government

Tax protest and Resistance to US Claims of 8:18 cv 0453     Page 1

Administrative Appeals Agency, and the Kelly and Shoemaker computations have never been accepted by the US government.  James Widtfeldt is entitled to refund of the three 1999-2000 payments totaling $36,000 ON 11-19-99; $156,955.92 received on November 22, 1999 and $406.44 on February 15, 2000 by the US Treasury, all as approved by the Arthur Welp determination of the Administrative Appeals Agency, plus damages of $100 million per day from payment to May 5, 2002 and until repaid in full, and interest of 21 percent per annum from payment to refund to James Widtfeldt.

## WRONGFUL OVER VALUATION OF REAL ESTATE BY POLSKY-KELLY-SHOEMAKER AND OTHERS IN US TREASURY, IRS

The corrupt wrongful Polsky-Kelly-Shoemaker fabrications entitle James Widtfeldt to damages of $100 million per day following the May 5, 2002 final determination in addition to the 2019 Widtfeldt overpayments received by the US Treasury of $36,000 on November 19, 1999 and $156,955.92 received November 22, 1999 and $406.44 received on February 15, 2000 as estimated in 1999 to be complete payments of any possible IRS claim, by the IRS and determined to be entirely overpaid by Welp in 2002-3-4 and to be refunded IN FULL by the IRS with interest, penalties, and damages at 25 percent per annum, $100 million per day, and damages of $500 billion pursuant to the US Tax Court determination by Judge Diane Kroupa on April 26, 2011.

### HOLT COUNTY TAX PROTEST

This is also a protest of the Holt County Valuations in 2019.  The protest is that because of a massive lyme disease epidemic and other unknown diseases being discovered by the International Lyme and Associated Diseases Society (ILADS) hidden by the Clinton Presidency from about 1993 the actual land valuations are about ten times too high.  Costs of disease treatment reduce actual land and improvement values by a factor of one tenth as much.

### ADDITIONAL VALUATION PROTESTS

Many additional tax protests and reasons for protests are being or have been filed and are being pursued.  The IRS has wrongful access to Widtfeldt medical records through the Obamacare laws and always interferes and litigates, as in this case, while Widtfeldt was undergoing 102 surgeries at UCLA Reagan Medical Center during May 15-23, 2019.  The surgeries require extensive time for recovery and

involved substantial anesthesia and other treatments which temporarily obstruct clear thinking and responding to government wrongful claims.

_____James Widtfeldt

PO Box 877, Atkinson, NE 68713


CERTIFICATE of MAILING June 27, 2019:

See attached addresses.

**Internal Revenue Service**
General Appeals
Appeals Office
IRS - Des Moines Appeals
210 Walnut St STOP 8000 DSM
Des Moines, IA 50309

Date:   MAY - 5 2002

Gusteva E. Widtfeldt
Box 655
O'Neill, NE 68763-0655

**Department of the Treasury**

Person to Contact:
  Arthur C. WELP
  Employee ID Number: 3-26034
  Tel:  515-284-4811
  Fax: 515-284-4828
Refer Reply to:
  AP:GEN:DES:ACW
In Re:
  Gift
Tax Period(s) Ended:
  12/1998

Dear Ms. Widtfeldt:

The agreement we reached has been approved and we will complete our processing of your case.

Since there is no deficiency or overassessment, you do not need to take any further action.

If you have any questions, please contact the person whose name and telephone number are shown above.

Sincerely,

Arthur C. WELP
APPEALS OFFICER

cc:  James Widfeldt

Letter 913 (Rev. 5/1994)

Welp 2002 letters showing settlement (8).tif

May 5, 2002.gif

US District Court, District of NE
111 South 18th Plaza
Suite 1152
Omaha, NE 68102-1322


Joseph Kelly, USDOJ-Tax
PO Box 7238
Ben Franklin Station
Washington, DC 20044


Counsel for Discipline
3808 Normal Blvd

Lincoln, NE 68506


Martin M. Shoemaker, USDOJ-Tax
PO Box 7238
Ben Frankllin Station
Washington, DC 20044


US District Court, District of NE
111 South 18th Plaza
Suite 1152
Omaha, NE 68102-1322


Joseph Kelly, USDOJ-Tax
PO Box 7238
Ben Franklin Station
Washington, DC 20044


James Widtfeldt
PO Box 1609
1100 S Pine Industrial Rd
Norfolk, NE 68702


James Widtfeldt
PO Box 1609
1100 S Pine Industrial Rd
Norfolk, NE 68702


James Widtfeldt
PO Box 1609
1100 S Pine Industrial Rd
Norfolk, NE 68702


James Widtfeldt
PO Box 1609
1100 S Pine Industrial Rd
Norfolk, NE 68702


James Widtfeldt
PO Box 1609
1100 S Pine Industrial Rd
Norfolk, NE 68702


James Widtfeldt
PO Box 1609
1100 S Pine Industrial Rd
Norfolk, NE 68702

---

PO Box 7238
Ben Frankllin Station
Washington, DC 20044


US District Court, District of NE
111 South 18th Plaza
Suite 1152
Omaha, NE 68102-1322


Joseph Kelly, USDOJ-Tax
PO Box 7238
Ben Franklin Station
Washington, DC 20044


Counsel for Discipline
3808 Normal Blvd

Lincoln, NE 68506


Martin M. Shoemaker, USDOJ-Tax
PO Box 7238
Ben Frankllin Station
Washington, DC 20044


James Widtfeldt
PO Box 1609
1100 S Pine Industrial Rd
Norfolk, NE 68702


James Widtfeldt
PO Box 1609
1100 S Pine Industrial Rd
Norfolk, NE 68702


James Widtfeldt
PO Box 1609
1100 S Pine Industrial Rd
Norfolk, NE 68702


James Widtfeldt
PO Box 1609
1100 S Pine Industrial Rd
Norfolk, NE 68702


James Widtfeldt
PO Box 1609
1100 S Pine Industrial Rd
Norfolk, NE 68702

---

Counsel for Discipline
3808 Normal Blvd

Lincoln, NE 68506


Martin M. Shoemaker, USDOJ-Tax
PO Box 7238
Ben Frankllin Station
Washington, DC 20044


US District Court, District of NE
111 South 18th Plaza
Suite 1152
Omaha, NE 68102-1322


Joseph Kelly, USDOJ-Tax
PO Box 7238
Ben Franklin Station
Washington, DC 20044


Counsel for Discipline
3808 Normal Blvd

Lincoln, NE 68506


James Widtfeldt
PO Box 1609
1100 S Pine Industrial Rd
Norfolk, NE 68702


James Widtfeldt
PO Box 1609
1100 S Pine Industrial Rd
Norfolk, NE 68702


James Widtfeldt
PO Box 1609
1100 S Pine Industrial Rd
Norfolk, NE 68702


James Widtfeldt
PO Box 1609
1100 S Pine Industrial Rd
Norfolk, NE 68702


James Widtfeldt
PO Box 1609
1100 S Pine Industrial Rd
Norfolk, NE 68702

James Widtfeldt
PO Box 1609
1100 S Pine Industrial Rd
Norfolk, NE 68702

CERTIFIED MAIL

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

U.S. POSTAGE PAID
FCM LG ENV
ONEILL NE
68703
JUN 27 '19
AMOUNT
$7.45
R2303S101490-07

7018 0360 0002 0282 8386

**First Class Mail**

US District Court, District of NE
111 South 18th Plaza
Suite 1152
Omaha, NE 68102-1322

RECEIVED

JUL 1 2019

CLERK
U.S. DISTRICT COURT